United States Bankruptcy Court
District of Nebraska

In re:                                                                Case No. 14-40086-TLS
Benjamin D Foote                                                      Chapter 7
Becky L Foote
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0867-4          User: admin              Page 1 of 2              Date Rcvd: May 27, 2014
                              Form ID: B18             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2014.
```
db          +Benjamin D Foote,    10692 90th Street,    Ottumwa, IA 52501-8304
jdb         +Becky L Foote,    6127 NW 2nd Circle, Apt. 100,    Lincoln, NE 68521-4411
4220103     +ADT Security Services, Inc.,    Billing Department-MS A01,    14200 E. Exposition Avenue,
              Aurora, CO 80012-2540
4220107     +Allied Interstate,    Attn: Bankruptcy,    3000 Corporate Exchange Dr., 6th Fl,
              Columbus, OH 43231-7724
4220109     +Autumn Ridge Family Medicine,    2000 Q Street, Ste. 500,    Lincoln, NE 68503-3610
4220112      Black Hills Energy,    PO Box 6001,    Rapid City, SD 57709-6001
4220113     +Brumbaugh   Quandahl,    4885 S 118th Street Suite 100,    Omaha, NE 68137-2241
4220114      Bryan LGH,    PO Box 82557,    Lincoln, NE 68501-2557
4220117     +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
              Southfield, MI 48034-8331
4220119     +Credit Management Services,    PO Box 1512,    Grand Island, NE 68802-1512
4220120     +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
4220121      Diversified Collection Services,    PO Box 9057,    Pleasanton, CA 94566-9057
4220122     +Ecmc,    Po Box 16408,    St. Paul, MN 55116-0408
4220126     +Gurstel Chargo,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
4220130    ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
             (address filed with court: Iowa Department of Revenue,    Attn: Bkr Unit,    PO Box 10471,
              Des Moines, IA 50306)
4220131     +Jane Langan,    1201 Lincoln Mall, Ste. 102,    Lincoln, NE 68508-2839
4220132     +Kansas Counselors Of K,    Po Box 14765,    Shawnee Mission, KS 66285-4765
4220133     +L W Garbage Service,    1230 W. Sewell Street,    Lincoln, NE 68522-1945
4220136     +LES,    PO Box 80869,    1040 O Street,    Lincoln, NE 68508-3609
4220134     +Lancaster County Attorney,    575 S 10th Street 4th Floor,    Lincoln, NE 68508-2810
4220135     +Lancaster County Treasurer,    555 South 10th Street,    Lincoln, NE 68508-2860
4220137     +Lincoln Water   Wastewater System,    555 S 10th St,    Lincoln, NE 68508-2872
4220140      Miles C. Tommeraasen, MD,    2222 S. 16th Street, Ste. 200,    Lincoln, NE 68502-3764
4220142     +Nebraska Surgery Center,    625 S. 70th Street,    Lincoln, NE 68510-2404
4220143     +Paragon Way Inc,    2101 W Ben White Blvd #103,    Austin, TX 78704-7517
4220144     +Physicians Laboratory Services,    4840 F Street,    PO Box 27999,    Omaha, NE 68127-0999
4220145      Precision Recovery Analytics,    PO Box 92109,    Austin, TX 78709-2109
4220147      RMS,    77 Hartland Street, Ste. 401,    PO Box 280431,    East Hartford, CT 06128-0431
4220149      Star Anesthesia,    PO Box 67099,    Lincoln, NE 68506-7099
4220151      The Physician Network,    2000 Q St. Ste 500,    Lincoln, NE 68503-3610
4220152     +Union Bank   Trust,    Attn: Deposit Services,    Po Box 82535,    Lincoln, NE 68501-2535
4220154     +Valentine   Kebartas, Inc,    PO Box 325,    Lawrence, MA 01842-0625
4220159     +Windstream,    P.O. Box 81309,    Lincoln, NE 68501-1309
4220160     +Zwicker   Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4220106     +EDI: AFNIRECOVERY.COM May 27 2014 21:58:00      AFNI, Inc.,    PO Box 3097,
              Bloomington, IL 61702-3097
4220101     +EDI: AARGON.COM May 27 2014 21:58:00      Aargon Collection Agency,    3025 West Sahara Ave,
              Las Vegas, NV 89102-6094
4220102     +E-mail/Text: missyj@wecollect4u.com May 27 2014 21:58:47      Account Recovery Inc.,
              PO Box 34519,    Omaha, NE 68134-0519
4220104     +E-mail/Text: aacbankruptcynotice@affiliated.org May 27 2014 21:59:02
              Affiliated Acceptance Corporation,    Attn: Customer Service,    Po Box 790001,
              Sunrise Beach, MO 65079-9001
4220105      E-mail/Text: bankrupt@affiliatedcreditors.com May 27 2014 21:58:54      Affiliated Creditors, Inc.,
              PO Box 148240,    Nashville, TN 37214-8240
4220108     +EDI: GMACFS.COM May 27 2014 21:53:00      Ally Financial,    Po Box 130424,
              Roseville, MN 55113-0004
4224147     +EDI: ATLASACQU.COM May 27 2014 21:53:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
4220110     +EDI: BANKAMER2.COM May 27 2014 21:53:00      Bank of America,    PO Box 17054,
              Wilmington, DE 19850-7054
4220111      EDI: HFC.COM May 27 2014 21:53:00      Beneficial,   US Consumer Finance,    PO Box 8873,
              Virginia Beach, VA 23450-8873
4220115      EDI: CAPITALONE.COM May 27 2014 21:53:00      Capital One,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
4220116     +EDI: CHASE.COM May 27 2014 21:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
4220118      EDI: CMIGROUP.COM May 27 2014 21:53:00      Credit Management,    4200 International Parkway,
              Carrollton, TX 75007-1912
4220123     +EDI: RMSC.COM May 27 2014 21:53:00      GEMB / Sam’s Club,    Attn: Bankruptcy,    P.O. Box 103106,
              Roswell, GA 30076-9106
4220124     +EDI: RMSC.COM May 27 2014 21:53:00      GEMB/JCP,    PO Box 103106,    Roswell, GA 30076-9106
4220125     +EDI: RMSC.COM May 27 2014 21:53:00      GEMB/Walmart,    PO Box 981400,    El Paso, TX 79998-1400
4220127     +EDI: HFC.COM May 27 2014 21:53:00      HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,
              Carol Stream, IL 60197-5213
4220128     +EDI: HFC.COM May 27 2014 21:53:00      Hsbc/mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
```

```
District/off: 0867-4           User: admin                    Page 2 of 2                   Date Rcvd: May 27, 2014
                               Form ID: B18                   Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4220129       EDI: IRS.COM May 27 2014 21:53:00       Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
4220138      +EDI: RESURGENT.COM May 27 2014 21:58:00       LVNV Funding, LLC,    PO Box 740281,
               Houston, TX 77274-0281
4220139      +Fax: 847-227-2151 May 27 2014 22:07:45       Medical Recovery Specialists,
               2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4519
4220141      +Fax: 847-227-2151 May 27 2014 22:07:45       Mrsi,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
4220146       EDI: RESURGENT.COM May 27 2014 21:58:00       Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4220148      +E-mail/PDF: jamiep@simmassociates.com May 27 2014 22:03:09       Simm Associates,
               800 Pencader Drive,    Newark, DE 19702-3354
4220150       EDI: WTRRNBANK.COM May 27 2014 21:53:00       Target National Bank,    Retailers National Bank,
               PO Box 59317,    Minneapolis, MN 55459-0317
4220153       EDI: USBANKARS.COM May 27 2014 21:58:00       US Bank,    Bankruptcy-Recovery Department,
               PO Box 5229,    Cincinnati, OH 45201-5229
4220155      +E-mail/Text: edinkel@vikingservice.com May 27 2014 21:59:07       VCS,    7500 Office Ridge Circle,
               Eden Prairie, MN 55344-3782
4220156      +EDI: AFNIVZWIRE.COM May 27 2014 21:53:00       Verizon,    Attn: Bankruptcy,    Po Box 3397,
               Bloomington, IL 61702-3397
4220157       EDI: WFNNB.COM May 27 2014 21:53:00       Victoria’s Secret,    PO Box 659728,
               San Antonio, TX 78265-9728
4220158      +EDI: WFFC.COM May 27 2014 21:58:00       Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
               Des Moines, IA 50328-0001
                                                                                               TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: May 29, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on May 26, 2014 at the address(es) listed below:
          Jessie C. Polson    on behalf of Joint Debtor Becky L Foote jessie.polson@samturcolawoffices.com
          Jessie C. Polson    on behalf of Debtor Benjamin D Foote jessie.polson@samturcolawoffices.com
          Joseph H. Badami    jbadami@woodsaitken.com,    ne06@ecfcbis.com;kpaul@woodsaitken.com
          Patricia  Fahey    ustpregion13.om.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Nebraska
**Case No. 14−40086−TLS**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin D Foote                         Becky L Foote
   10692 90th Street                           6127 NW 2nd Circle, Apt. 100
   Ottumwa, IA 52501                     Lincoln, NE 68521

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3820                                xxx−xx−3769

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                 BY THE COURT

Dated: 5/26/14                                      Thomas L. Saladino
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**